## ATTENTION: ADMINISTRATOR AND/OR DIRECTOR OF NURSING



**COVID-19 AND INFLUENZA TESTING**
FOR ALL RESIDENTS AND STAFF IN NURSING HOMES AND ASSISTED LIVING FACILITIES!



**COVERED BY ALL INSURANCE**
(EXCEPT KAISER)

 24/7 PHONE SUPPORT WITH OUR LABORATORY

- **ALL TESTING RESULTS** AVAILABLE WITHIN **24 HOURS**

 MONTHLY TESTING FOR ALL RESIDENTS

- COVERED BY THE **C.A.R.E. ACT** FOR INSURANCE

- **ONLINE PORTAL** AND FAX FOR RESULTS

 2X MONTHLY TESTING FOR ALL STAFF

- PARTNERED WITH OVER **300 FACILITIES NATIONWIDE**

FOR INQUIRIES, PLEASE CONTACT:

**DAVID SARUK**    NEXT MOLECULAR ANALYTICS
(310) 344-4614    www.**NEXTMOLECULAR**.com



**EXHIBIT 1**